UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   **21-cr-00035-6 (EGS)** |
| **LOGAN JAMES BARNHART,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Mr. Logan Barnhart, by and through his attorney, submits this unopposed motion to modify his pre-trial release conditions to allow for his travel to the Eastern District of Michigan for medical appointments. The basis for this motion is as follows:

1. On August 4, 2021, Mr. Barnhart, along with others, was charged by superseding indictment with Assaulting, Resisting, or Impeding Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), Aiding and Abetting as such under 18 U.S.C. § 2; Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4); and an Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F). *See* ECF No. 92.

2. On August 17, 2021, Mr. Barnhart was arrested in his home jurisdiction of Lansing, Michigan. *See* ECF No. 98.

3. On August 25, 2021, Mr. Barnhart had his initial appearance and arraignment in the U.S. District Court for the District of Columbia. He entered a plea of not guilty to all counts

1

   and was released on his personal recognizance subject to conditions, including Home Detention and Global Positioning System (GPS) monitoring. As part of those conditions, Mr. Barnhart was directed to stay in the Western District of Michigan. However, he was permitted to travel from the Western District of Michigan to the Eastern District of Michigan for work purposes. *See* ECF No. 106.

4. On September 23, 2021, Mr. Barnhart had a status hearing with this Court where the posture of the case was addressed and a new status date was set for November 22, 2021. *See* Minute Entry. Prior to that hearing, Pre-Trial Services released a report advising the Court there were no issues with Mr. Barnhart's pre-trial compliance. *See* ECF No. 122.

5. On October 6, 2021, Mr. Barnhart began experiencing medical issues, which ultimately resulted in hospitalization and surgery. He was released from the hospital on October 15, 2021, but his medical issues remain ongoing.

6. As a result of the ongoing issues, Mr. Barnhart would like to seek a second opinion from doctors at the University of Michigan, Ann Arbor, which is located in the Eastern District of Michigan.

7. However, his current release conditions only allow for his travel to the Eastern District of Michigan for work, not medical appointments.

8. Undersigned counsel contacted government counsel and they do not object to a modification of his bond conditions to allow for travel to the Eastern District of Michigan for medical appointments.

9. Undersigned counsel also contacted Pre-Trial Services for the Western District of Michigan[1] and the District of Columbia, and both support Mr. Barnhart's travel to the Eastern District of Michigan for medical appointments.

WHEREFORE, Mr. Barnhart respectfully requests that it amend the Order Setting his Conditions of Release (ECF No. 106) to allow for his travel to the Eastern District of Michigan for medical appointments.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
cara_halverson@fd.org

---

[1] Mr. Barnhart is directly supervised by the U.S. Probation Office for the Western District of Michigan.