# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | 21 Cr. 035 (RC) |
| | : | |
| **LOGAN BARNHART,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO ADJUST SENTENCING SUBMISSION DEADLINES

The United States, by and through the United States Attorney, hereby moves this Court to adjust the deadlines for the parties to file submissions in connection with defendant Logan Barnhart's sentencing. Counsel for Mr. Barnhart consents to this request.

## FACTUAL BACKGROUND

As this Court is aware, the defendant is charged via indictment with felony and misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021, including violations of 18 U.S.C. § 231(a)(3), Civil Disorder; 18 U.S.C § 111(a)(1) and (b) and 2, Assaulting, Resisting, or Impeding Certain Officers or Employees with a Deadly or Dangerous Weapon; 18 U.S.C. § 1752(a)(1), (2), and (4), Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, Knowingly Committing an Act of Physical Violence in any Restricted Building or Grounds; and 40 U.S.C. § 5104(e)(2)(F), engaging in an Act of Physical Violence in the Capitol Grounds or Buildings.

On September 28, 2021, the defendant pled guilty to one count of Assaulting, Resisting, or Impeding Certain Officers or Employees with a Deadly or Dangerous Weapon, in violation of 18 U.S.C § 111(a)(1) and (b) and 2. Following the change of plea, Judge Sullivan set the defendant's

sentencing hearing for March 9, 2023 and ordered that the Government file its sentencing memorandum by January 31, 2023 and that the defendant file his sentencing memorandum by February 14, 2023.

WHEREFORE, the Government, with the consent of the defendant, requests that the Court adjust this schedule such that the Government's submission is due by February 23, 2023 and the defendant's submission is due by March 2, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Benet J. Kearney*
BENET J. KEARNEY
NY Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007
(212) 637 2260
benet.kearney@usdoj.gov