**EXHIBIT 1: LETTER TO OFFICER MILLER FROM LOGAN BARNHART**

Dear Officer Miller,

    I want to extend my deepest and most sincere apology. I am not proud of my actions that day. I am, in fact, ashamed of the way I behaved. One of the hardest aspects of this whole process has been having to relive, review, and talk about what happened with my Lawyer. Simply just watching the video of that day, let alone the constant barrage of media reporting, has caused a great deal of depression, stress and anxiety in my life over the past 2 years. I've tried my hardest to just go one day without thinking about the depressing nature of all of this, but to no avail. I hope you understand that this isn't a cry for pity or a pathetic attempt to gain favor with the judge. I am truly sorry for any harm, stress or anxiety I may have caused you.

    I did many things wrong that day but entering or damaging the capital wasn't one of them. I'm proud of this country and revere the US Capitol. I didn't brag or boast about my actions to anyone. In fact, I withheld the truth from all my friends and family. I knew they would all be ashamed of what I did and for good reason.

    My family has been in the sewer and watermain business since the 1950's. We all respect and identify as blue-collar middleclass workers. It is true, my grandfather owned his own company, and my father owns his own now, but I have always just been a laborer or operator making around 50 thousand a year. I haven't worked for my father in quite some time as we are constantly butting heads. Our relationship is far more stable when I am working somewhere else and to me, that's more important than anything else. I only mention this because I want to convey to you just how much I respect law enforcement and the men and women who carry out one of the most important roles in a civilized society.

    I consider Police officers to be the pinnacle of blue-collar workers. The people that make this great country what it is. I have often fantasized, from my youth to present day, about what it would be like to be a police officer or detective. I've always imagined it as being extremely exciting and rewarding. Surely more exciting than putting pipe in the ground. Multiple times on our job site we would have police officers stopping to ask if people are driving by slow enough and would even camp out near us making sure we were safe. It always gave me a great feeling of comradery and pride knowing they had our backs. Knowing they recognized the importance of people working hard on our critical infrastructure.

    Seeing the demonization of police officers over recent years has been very upsetting to me. I am very aware of the importance of well-trained officers to keep the peace. Unfortunately, in my past I have had run ins with police. Despite that, not one of them would say I was anything but extremely respectful. Until now, because of what I did to you.

    I'm writing this letter because I don't know if you will be at my sentencing. I would much rather address you face to face so you can see just how sincere I am. If you are there, I promise I wont just read this letter. Ill look you in the eyes and apologize. I came to my senses and was ashamed of my actions immediately. I left capital grounds minutes after the assault and was furious with myself for loosing control of my emotions. However, it wasn't until I saw the video and was shown pictures of you that it really hit home. I had spent months trying to forget what had happened. Putting a face and name to the person I assaulted was devastating. You are a police officer I respect as an authority figure and a man I respect as a hard working blue-collar worker that puts his safety at risk to protect me while I do my job.

Officer Miller, I hope you can except my apology. I deeply regret any harm I may have caused. I hope one day we can all put aside our petty differences that seem to be tearing our beautiful county apart. And I hope men like you continue to do an amazing job defending the people of this beautiful country. Thank you for your service.

Sincerely,

Logan Barnhart