**EXHIBIT 2: LETTERS TO THE COURT IN SUPPORT OF LOGAN BARNHART**

# DUNIGAN BROS., INC.

**911 EAST SOUTH STREET
JACKSON, MICHIGAN 49203
PH (517) 787-4720   FAX (517) 787-3023**

2/28/23

Subject: Logan Barnhart Character Reference

Honorable Judge Contreras:

For about 2 years Logan Barnhart has been employed at Dunigan Bros., Inc. During this time he has performed work on critical sewer, water, and road infrastructure projects for us throughout southern Michigan. Logan has proven to be a highly skilled and key employee on these projects, employees with his skill and knowledge on these types of projects is almost impossible to find in the current labor market.

While we have worked with Logan he has always been reliable, always early to work, always willing to stay to get the job done. He's also always been fully upfront and honest about himself and the work, he doesn't take shortcuts, and truly cares about doing the best work possible. His relationship with the managers he's worked with and the other employees has been great also, he is easy to get along with, brings a positive attitude to work no matter how tough the job may be, and is a great trainer and leader for the less experienced employees. He also always has a positive attitude no matter how hard the work gets, he's always smiling and won't quit no matter how tough it may be.

Dunigan Bros., Inc. would be left with a tough gap to replace if we lost Logan. Guy's with his skill and attitude are key to continuing to build our critical infrastructure in this country. We need skilled men and women with Logan's experience and knowledge to complete the work to rebuild our infrastructure, and we need them to train the future generation of men and women in the industry.

Sincerely

Patrick Dunigan II, PM/Corp. Secretary/Partner

Dustin Dunigan, Superintendent/Partner

Drake Dunigan, Foreman/Partner



Michigan Infrastructure &
Transportation Association

**UNDERGROUND CONTRACTORS SINCE 1945**

Connie L Barnhart



February 17, 2023

To The Honorable Judge Contreras

My name is Connie Lou Barnhart, this letter is regarding my son, Logan James Barnhart. Logan always lived in our household with his sister Christy, his father, Lloyd James Barnhart and I during his entire school years. At 18 he went to college and lived in either a dorm room or an apartment but came back home on his breaks. I have always had a close relationship with Logan and went to see him quite a bit while he was at Northern Michigan University. When he transferred to Saginaw Valley University it was easier to spend time with him. His father and I always went to his football games no matter where they were. The rest of the family, his sister and 2 half-sisters and grandparents, went as often as they could. I'm just trying to say that we have always enjoyed spending as much time together as we could.

I knew that Logan was going to Washington DC to see President Donald Trump's last rally. He asked me if I wanted to go with him. I really thought about it, I thought it would be a great adventurous road trip with my son. The timing just wasn't right for me to get away right then, but in hindsight, I wish I would have gone with him. He would not have asked me to go if he was planning anything besides watching the President speak.

Shortly after Logan was put on house arrest, he started having pain in his leg. I thought it was probably sciatica. When the pain had gotten worse and his foot became cold, he went to his doctor who immediately sent him to the hospital's emergency, and he was quickly admitted. The doctor told us that the arteries in his leg were full of blood clots and that it was a possibility that Logan could lose his leg. It was such a horrible and stressful time for all of us! Logan spent a total of 20 nights in the hospital and had two surgeries. On the 2nd surgery they were finally able to restore blood flow to one of the three major arteries to his foot. He was released with medications and special instructions, one of which was to walk for 30 minutes 3 time per day. This was to keep the blood flow and to try to prevent more clotting.

I started staying at his house to give him the moral support and help when he needed me to. His place was very small, and he was denied permission to go outside of the walls. He tried his best to walk around in the living room, he had to make a lot of little circles.   He was very depressed and had anxiety and was prescribed medication for both. Because he didn't know what was going to happen to him, and his house was so small, we had him move into our house and not renew the lease on his place when it was up.

I know that Logan has accepted responsibility and pleaded guilty to the charges against him. I am hoping to give you a more complete picture of the kind of person Logan is. Since he has moved into our home, he does whatever he can to help us out. Although he can't help with anything outside the house such as

helping his dad with shoveling or plowing the snow, he is buying and cooking most the food for us. He's a great cook.

He has always been a big help to me. I love having lots of flowers and Logan liked to help me get them planted and take care of them. When he got his first house, he fixed up the yard and I helped him pick out flowers for him to plant. He loves nature and animals. Once when he was younger, he found a bird in the road that was injured and brought it to me in a panic. He said I had to take it to the vet because it had been hit by a car. I took it, but it didn't survive. He also found a baby snapping turtle late in the fall and didn't think it would live through the winter by itself. We took the turtle in and cared for it all winter until we could set it free in the spring.

I am asking that you consider leniency in sentencing Logan. I know that Logan is remorseful for what he did and wants nothing more than to eventually have his own family and live a quiet and good life. In March I will be 73, his father will be 76, we will always be there for our son as long as we are able, no matter what.

Sincerely,

*Connie L Barnhart*

Connie L Barnhart

February 28, 2023

Lloyd James Barnhart

To the Honorable Judge Contreras

I am Lloyd James (Jim) Barnhart, Logan Barnhart's father. I am the father of 4 children. My daughter, Tami, was born when I was 17 years old, Trisha was born 5 years later. In 1976, I married my current wife, Connie, and two years later had my third daughter, Christy. Tami, Trish and Christy were all living with us when I finally got my son, Logan James Barnhart. I was so surprised and happy, I said "I finally got my Little Buck-a-Roo. That nick name stuck with him for quite a while until we shortened it to Buck, which is still his nickname.

When Logan was 12 years old, I started taking him to work with me during his summer vacations. I own Barnhart and Son Construction Company. I had him doing things like raking and planting grass and some shoveling, he always did his best and gave it his all. I really believe that is why he has always had such a great work ethic. As an adult we didn't always see eye to eye on things and he would end up going to work for someone else but would always come back to work for me if I needed him. I know quite a few other Construction Company owners and they would tell me how much they liked Logan that he was doing a great job and they were happy to have him.

Logan was always great at sports, and I went to all his baseball, soccer, track and wrestling meets. He finally settled on football where he excelled. His mom and I went to every game from elementary school through college no matter how far. His sisters and grandparents went as often as they could, he loved having his family around him.

Since Logan was put on house arrest and moved into our house, I have really enjoyed the talks we've had and our bond has become closer. He has been worried about my health and has me doing a few exercises and stretches to help my back. He also talks about my nutrition and wants me to eat low carb and no sugar to be in good health for a long time. Our talks have also been about what happened in DC and how much remorse he has for such a sudden lapse in judgement.

Logan is not a danger to society, he in fact has a lot to offer, that is why I am asking for leniency when you sentence him.

Sincerely

*Jim Barnhart*

Jim Barnhart

February 19, 2023

Honorable Judge Contreras

My name is Lisa Valentine and I am Logan Barnhart's aunt and pastor. I have known him his entire life and was there at the hospital when he was born. I have had the privilege of watching him go from the little boy who snuggled with me when I would rock him in a rocking chair, to watching him play football in high school and college, and become the hard working, family oriented man he is today.

Family has always been important to him. He is the brother who isn't afraid to tell his sisters he loves them. He is the fun uncle to his nephews and nieces. He's the nephew who gives big hugs whenever he sees me. He's the cousin that loves to laugh at family gatherings. He is my 9 year old grandson Odin's GodFather. My grandson idolizes him. The last time they were together, Logan and Odin played with the Nerf guns Logan bought him. They both crouched behind furniture, ran up and down stairs, crawled under the dining room table and had Nerf bullets flying through the house.

One thing I've always admired about him is the fact that he is not a fake person. When he smiles even his eyes light up. He doesn't try to pretend to be someone he's not and he always keeps his word. If he says he's going to help with something he does.

Is he perfect? No. Only God is perfect. He makes mistakes just like we all have. However, unlike some people, Logan has always owned his mistakes and takes responsibility. I respect him for that.

When Logan was in the hospital with the blood clots, my family feared he would lose his leg. Because I live 96 miles away, I wasn't able to go down to the hospital as often as I wanted. Instead, we talked on the phone when I wasn't there.

My church is worldwide and each region has a Mission Center. I called the Michigan Mission Center, which is located only a few miles from the hospital, and asked that someone go there to anoint and administer to him. Two Elders went up to see Logan.

When they administered to him he felt the warmth of the Holy Spirit go through him and it brought tears to his eyes.

*"Is anyone among you sick? Let him call for the elders of the church, and let them pray over him, anointing him with oil in the name of the Lord. And the prayer of faith will save the one who is sick, and the Lord will raise him up. And if he has committed sins, he will be forgiven. Therefore, confess your sins to one another and pray for one another, that you may be healed. The prayer of a righteous person has great power as it is working"* (James 5:14-16)

When I found out he was about to have surgery I headed down. I was trying to get there before they took him. When I was 30 minutes from the hospital Logan called. He wouldn't let them take him until he talked to me. I pulled to the shoulder of the highway and prayed for him. After that, he let them take him.

Modern medicine is a wonderful thing, but it doesn't compare to the healing power of the Lord. Here was a man on the verge of losing his leg because there was no pulse, and suddenly the pulse returned. I know he's still in danger and has to be careful but so far he's still able to walk on his own two legs.

I ask your Honor to see the man I have told you about, and have mercy on him when you consider his sentence.

God Bless

Sincerely,

Lisa Valentine

Lisa M. Valentine, Priest
Sanford Community of Christ

February 27, 2023

Honorable Judge Contreras,

Hello, my name is Christy Whitford.

I have two older half-sisters and one younger brother. My brother Logan Barnhart and I have always been very close.

In 2014, I asked my brother if he would help me lose weight. At the time, he was working as a personal trainer and of course he said yes and he was super excited. I have struggled with my weight my entire life and Logan has always been right there seeing my struggles. Logan was so unbelievably patient, kind, helpful and hilarious training me. When I first started, there were days I would wake up and think to myself no way am I going to the gym today. All of a sudden, my phone would make its little chirp and I would have a text from Logan saying can't wait to see you today!

I had so much fun working out with him. Logan motivated me so much and made me feel so good about myself.

I am a Hairstylist and on my station next to my business cards, I had my brother's business cards. My clients every day were seeing my transformation and hearing my stories of training with Logan. It wasn't long my mom, sister, cousin, friends, clients were also coming to the gym and getting trained by my brother. It was one of the best times in my life. My brother Logan Barnhart helped me go from 236lbs to 134lb and I am forever grateful for his time spent helping me. I love my brother so much! He is a very good person. Please have mercy on him.

Thank you,

Christy Whitford

*Christy Whitford*

Jamie Milburn

Re: Logan Barnhart

To: The Honorable Judge Contreras

I have known Logan Barnhart for 42 years as he is my first cousin. I was both troubled and surprised to hear about his recent case he has always been a rather solid person. It is for this reason I am happy to write a letter of reference of Mr. Barnhart regarding this matter. I understand the seriousness of this matter, however, hope the court will show some leniency.

Logan Barnhart has always been an upright character in the community. He has really been there for me, especially when I was battling with weight loss. Logan took me under his wing and trained me in the fitness world when I felt very insecure. He made a point to be there and show significant amount of support. Logan also has been involved in my family with going downhill skiing, camping, and hiking with my husband and children. He is a fun and loving person and very humble.

He has truly been a good friend and cousin not only to me but my family. While it is unfortunate that he has made some bad choices with going to January 6th, thus resulting in this case. I believe that as we move forward, he will emerge a better person. In short, Logan Barnhart expressed deep sense of remorse in making such a serious mistake and I believe in his ability to never do anything like this again.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case. I still believe Logan Barnhart to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

Jamie Milburn

*Jamie Milburn*

February 28, 2023

Honorable Judge Contreras,

My name is Rebecca Houlihan. I have known the defendant, Logan Barnhart, since 2013 when I hired him as a personal trainer at Powerhouse Gym. Logan is known to be a very knowledgeable and dependable trainer due to his education and experience in exercise science.

In regard to his character, he puts a ton of effort to ensure each client's workout regimen is tailored specifically to them as an individual rather than a "one size fits all" approach. Working with Logan is not just a transaction, it's a working relationship which is obviously of great importance to him. He has helped me tremendously in the gym, knowing how to train with correct form, as well as understanding the why behind al the movements. I feel what I learned from him was priceless and I would still be training with hi today if it were an option.

He has always been very open with sharing his knowledge and is trustworthy and dependable. During one specific workout I became extremely sick half way through and had to quit. Rather than charging me for his time (which would have been totally fine and understandable), he comped the entire workout so I could come back and use it in full when I was better. In all these years I have known him (ten, as of late summer 2023), I have never felt unsafe, uncomfortable, or even slightly uneasy in Logan's presence, in or out of the gym. He is a good person with a good heart, as well as a lot of fun to be around.

He is remorseful of his actions which occurred on January 6, 2021 and his life has been forever changed as a result. I'd like to ask that he is shown grace and mercy at his upcoming sentencing.

Sincerely yours,

*Rebecca R Houlihan*

Rebecca Houlihan

feb 20 2023

Honorable Jude

My name is odin valentiene I am 9 years old I have known logan all my life.

Hes my godfather and cousin I Love him I play games with him. he also chased me from the house with a nearth gun. he also tried to do the vc he can in a wall when i played deer simletr same freakd out

happy glann fun

odin

Odin's letter translated

Honorable Judge

My name is Odin Valentine. I am 9 years old. I have known Logan all my life.

He's my godfather and cousin I love him I play games with him. He also chased me round (around) the house with a Nerf gun. He also tried to do the virtual reality He ran in a wall when I played deer simulator and he freaked out. Happy glad fun.

I asked Odin to tell me about Logan and how being with him makes him feel.

February 20, 2023

Honorable Judge Contreras,

My name is Courtney Valentine I'm 37 years old and have known Logan Barnhart my whole life. We are first cousins; our mothers are sisters. Growing up I remember always being around spending time with my family especially at Logan's house. For the most part I truly never really felt like I fit in with my family as a child due to being "different" with being biracial and the age gap. I felt invisible and didn't really have anyone to talk to, but when we would go to my Aunt Connie's house, I never felt that way because of Logan. Logan always talked to me about different stuff we would play outside, play video games and even wrestle. He always made me feel welcomed. Even at a young age he has always been my favorite cousin.

There is a 5-year age difference between the two of us so when I was in Elementary school, he was in High School. Logan played football at Haslett High School and was one of five of the best players on the team. Everyone knew who Logan Barnhart was. One day their football team and cheerleaders were coming to our school for a little meet and greet. I was excited because I would be able to see Logan for a little bit during school hours and after words because we were going to go over to their house for dinner. As my classmates were talking about the excitement about meeting the players, they were naming off the ones that they wanted to talk to the most. And of course, it was Logan. When I spoke up about how Logan was my cousin, my classmates looked at me with question expressions and told me that there was no way that Logan was related to me because I was BLACK, and he was WHITE. I remember looking at them with a puzzling look because how could they say that, that I should know who my family was due to spending holidays, birthdays, and vacation around them. So, I replied "yes we are cousins my mom and his mom are sisters, and we are going to their house after school for dinner". I remember my classmates laughing and saying, "yeah right, you must be adopted".  I remember after hearing those words I felt devastated. When it was time for the assembly with the football team and cheerleaders it was hard for me to get into the "spirt" of things with the negative thoughts racing through my head. After the football team and cheerleaders were done with their thing, they all broke into groups for the meet and greet.  I remember looking around at all the players and seeing that the longest ling was for Logan. As I stood at the end of the line, I wasn't really paying attention to anyone. Then all the sudden I hear "Courtney"!  I looked up and there was Logan leaned to the side looking at me. He asked what I was doing at the end of the line and to come up there next to him. I remember being so embarrassed as I passed my classmates that were standing in line, but also a since of entitlement as I saw jaws drop and heads turn as I made my way up to the front of the line next to Logan. The moment I got next to Logan, he threw his arm around my shoulder and asked how I was doing, he even went as far as asking me if my mom and I were still coming to dinner after school. For the rest of the time of the meet and greet there I stood right by Logans side with his arm still around my shoulder while he talked to each classmate one at a time. When it was time to go back to class Logan walked me back to my class arm still around my shoulder. He could tell that something was

February 20, 2023

bothering me, and he had asked what the problem was. I had confined everything that had happened and what my classmates had said. At that moment Logan looked at me and said, "don't worry about what others say, because you know the truth and that's what matters". It was at that very moment; Logan became my Hero.

When I was in high school in our speech class, we had to write a speech about who our hero was and why. I wrote about that day in Elementary school. In fact, I talk about that time to different people in my life to this day. I just told a friend this story last week February 11th, 2023. After they heard the story, they told me that was beautiful, and that family should stick up for one another and that he sounded like a wonderful person.

Not only is Logan my cousin, but he is also the Godfather to my son Odin. I can say that in my life I have known three good men in my life: my grandfather, my son, and Logan. Hence why I couldn't think of a better man to help my son grow into a young man if something were to ever happen to me. I know that Logan would love Odin as if he was his own and he would make sure to keep him on the right path for a bright future.

I hope after reading this you have mercy when it comes to his sentencing. The charges against him doesn't define the man he is.

Sincerely,

Courtney Valentine