Case 1:21-cr-00035-RC   Document 294-3   Filed 03/13/23   Page 1 of 8

**EXHIBIT 3: PHOTOS OF LOGAN BARNHART**



*Logan with his mom and nephew*



*Logan with his sister and nephew*



*Logan with his nephew and brother-in-law*



*Logan with his mom and dad*


*Logan with his nephew and mom*


*Logan with his nephew*



*Logan with his grandfather, mother and sisters*



*Logan with his sisters*



*Logan with his grandmother and mom*



*Logan with his mom, dad, and sister*



*Logan with his sisters, mom, dad, grandfather and grandmother*



*Logan with his mom and dad*


*Logan with his dad and mom*


*Logan with his sisters, mom and dad*