**Exhibit 4**



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

___

*Office of the Warden*

3301 Leestown Road
Lexington, KY 40511-8799

December 6, 2023

Joanna Munson Perales
Federal Public Defender for the District of Columbia
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

RE: Name:    Logan Barnhart
    Reg. No.: 60216-509

Dear Ms. Perales:

This is in response to your electronic correspondence receipted December 1, concerning your client, Logan Barnhart, an inmate confined at the Federal Medical Center (FMC), Lexington, Kentucky. In your communication, you requested for him to be granted a Compassionate Release or Reduction in Sentence (RIS) based on extraordinary and compelling circumstances: medical condition.

Per Program Statement 5050.50 <u>Compassionate Release/Reduction in Sentence</u>: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), there are certain criteria which must be met in order to be considered for an RIS. Your electronic correspondence was received and reviewed. It appears your client does not satisfy the medical components as specified in the program statement. Therefore, the request for RIS is denied.

I trust this information will be beneficial to you in responding to your concerns. If you have any questions or concerns, please contact Mr. Ellifritz, Unit Manager, at (859)255-6812.

Sincerely,

*David Paul*
David Paul
Warden

## RESPONSE TO INMATE CORRESPONDENCE

Name: Barnhart, Logan
Reg. No.: 60216-509
Unit: Younity

This is in response to a request from your attorney on December 1, 2023, in which they request for you to be considered for a Compassionate Release or Reduction in Sentence (RIS) based on extraordinary or compelling circumstances: medical condition.

Per Program Statement 5050.50 <u>Compassionate Release/Reduction in Sentence</u>: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), there are certain criteria which you must meet in order to be considered for an RIS. Your attorney's request was received and reviewed. However, you do not meet the criteria. Therefore, the request for RIS is denied.

If you are not satisfied with this decision, you may appeal utilizing the Administrative Remedy Process within 20 days of receiving this notice. Your counselor or case manager will assist you with directions and appropriate forms if you request them.

_____          12-28-2023
David Paul, Warden                                     Date

# Federal Public Defender for the District of Columbia
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**A. J. KRAMER**
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

December 1, 2023

Warden
Lexington FMC
3301 Leestown Road
Lexington, KY 40511

    Re:    *Reduction in Sentence Request for Logan James Barnhart, Register Number: 60216-509*

Dear Warden,

    I write on behalf of Logan James Barnhart, Register Number: 60216-509, to supplement the Reduction in Sentence request Mr. Barnhart has already filed internally with the BOP on his own behalf, to request that the Bureau of Prisons (BOP) make a motion to the Honorable Rudolph Contreras, U.S. District Judge for the District of Columbia, requesting a reduction in his sentence under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13(b)(1) & (5) in Criminal Case Number 21-cr-35.

    Mr. Barnhart has several serious medical conditions that the BOP has not properly managed according to widely-accepted standards of care. Mr. Barnhart began complaining of leg pain in August 2023 that felt just like his prior leg arterial clots. His recurrent right leg arterial clots, if not appropriately managed, put him at high risk for complications including permanent disability, loss of limb, and death. Yet he was not provided cholesterol lowering medication and an antiplatelet medication in a timely manner, and his blood thinning medication was the wrong one in an inadequate dose for months. He has not had the recommended surgery for his new blood clots.

    Moreover, Mr. Barnhart's prior heart attack puts him at risk for further heart attacks or strokes, and he may still have reduced heart function that increases his risk for heart failure in the future, yet he has not had the follow-up ultrasound to review his heart's health. He also has high cholesterol, and he requires higher statin doses to control his cholesterol but he has not been provided them. Finally, his painfully impacted tooth, while it was recommended to be excised by June 30, 2023, remains in his mouth.

1

For these reasons, he asks that the BOP request that the Court release him to the following address: ███████████████████████  This is his parent's home and his mother Connie Barnhart can be reached at ███████████

Please inform me of your decision in these matters as soon as possible.  Thank you.

Sincerely,

*[signature]*

Joanna Munson Perales
Attorney for Mr. Logan Barnhart
202-208-7500 x5123
Joanna_Perales@fd.org

2

## Re: RIS request

**Melendez Rosa, Myriam (BOP)**
To: LEX-RISCoordinator-S (BOP); Thompson, Allen (BOP)
Wed 12/6/2023 4:00 PM

Chart reviewed:
He is not terminal.
He is not debilitated.

Respectfully,

Myriam Melendez-Rosa, M.D.
FMC LEX
Clinical Director
3301 Leestown RD
Lexington, KY 40511-8799
859-255-6812; 5322
she/her/hers

---

**From:** Kennedy, Amy (BOP) <amkennedy@bop.gov> on behalf of LEX-RISCoordinator-S (BOP) <LEX-RISCoordinator-S@bop.gov>
**Sent:** Wednesday, December 6, 2023 8:36 AM
**To:** Thompson, Allen (BOP) <A4Thompson@bop.gov>; Melendez Rosa, Myriam (BOP) <MMelendezRosa@bop.gov>
**Subject:** RIS request

Please see attached attorney request for this Care 2 inmate.

Does he meet criteria for

Terminal

or

debilitated?

Thanks

```
LEXIJ  535.03 *                INMATE PROFILE              *    12-06-2023
PAGE 001                                                        08:32:48
              60216-509            REG
REGNO: 60216-509              FUNCTION: PRT  DOB/AGE.: [REDACTED] / 43
NAME.: BARNHART, LOGAN JAMES                 R/S/ETH.: W/M/O    WALSH: NO
RSP..: LEX-LEXINGTON FMC                     MILEAGE.: 314 MILES
PHONE: 859-255-6812   FAX: 859-253-8821
PROJ REL METHOD: GOOD CONDUCT TIME RELEASE   FBI NO..: [REDACTED]
PROJ REL DATE..: 12-24-2025                  INS NO..:
HOME DETN ELIG.: 09-07-2025                  SSN.....: [REDACTED]
                              PSYCH: NO      DETAINER: NO      CMC..: YES
OFFN/CHG RMKS: CR 21-35-(6) (RC); ASSAULTING, RESISTING, OR IMPEDING CERTAIN
OFFN/CHG RMKS: OFFICERS USING A DANGEROUS WEAPON AND A&A; 36 MOS/ 36 MOS SRT
     FACL CATEGORY     - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE  TIME
     LEX  ADM-REL    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-30-2023 1517
     LEX  CARE LEVEL CARE1-MH    CARE1-MENTAL HEALTH           06-20-2023 1256
     LEX  CARE LEVEL CARE2       STABLE, CHRONIC CARE          06-09-2023 0742
     LEX  COR COUNSL CCC Y1      M. WILLIAMS EXT 5663          11-30-2023 1517
     LEX  CASE MGT   BIR CERT N  BIRTH CERTIFICATE - NO        06-07-2023 1128
     LEX  CASE MGT   DRVE LIC Y  DRIVERS LICENSE - YES         06-26-2023 1238
     LEX  CASE MGT   PHOTO ID N  PHOTO ID - NO                 06-07-2023 1128
     LEX  CASE MGT   RPP PART    RELEASE PREP PGM PARTICIPATES 06-14-2023 1022
     LEX  CASE MGT   SSN CARD N  SOCIAL SECURITY CARD - NO     06-07-2023 1128
     LEX  CASE MGT   VET P/S N   PARENT/SPOUSE VETERAN - NO    06-07-2023 1128
     LEX  CASE MGT   VETERAN N   VETERAN - NO                  06-07-2023 1128
     LEX  CASE MGT   VWP AUTO    VICTIM/WITNESS PGM AUTO UPDATE 06-16-2023 0645
     LEX  CASE MGT   V94 CVA913  V94 CURR VIOL ON/AFTER 91394  06-07-2023 1135
     LEX  CASE MGT   WA NO HIST  NO WALSH ACT OFFENSE HISTORY  05-05-2023 1438
     LEX  CORR SVCS  REQD MONTR  REQUIRED MONITORING           06-26-2023 1516
     LEX  CASEWORKER CSW Y1      T. GRONINGER                  11-30-2023 1517
     LEX  CUSTODY    IN          IN CUSTODY                    05-05-2023 1438
     LEX  DRUG PGMS  DAP UNQUAL  RESIDENT DRUG TRMT UNQUALIFIED 07-19-2023 1104
     LEX  DRUG PGMS  ED COMP     DRUG EDUCATION COMPLETE       11-09-2023 1146
     LEX  DESIG/SENT DELTA       TEAM DELTA                    05-05-2023 1438
     LEX  EDUC INFO  ESL HAS     ENGLISH PROFICIENT            06-09-2023 1505
     LEX  EDUC INFO  GED HAS     COMPLETED GED OR HS DIPLOMA   06-27-2023 1559
     LEX  FIN RESP   COMPLT      FINANC RESP-COMPLETED         06-13-2023 1320
     LEX  FIRST STEP FTC INELIG  FTC-INELIGIBLE-REVIEWED       06-07-2023 1134
     LEX  FIRST STEP N-ANGER N   NEED - ANGER/HOSTILITY NO     10-03-2023 0749
     LEX  FIRST STEP N-ANTISO N  NEED - ANTISOCIAL PEERS NO    10-03-2023 0749
     LEX  FIRST STEP N-COGNTV N  NEED - COGNITIONS NO          10-03-2023 0749
     LEX  FIRST STEP N-DYSLEX N  NEED - DYSLEXIA NO            06-23-2023 1407
     LEX  FIRST STEP N-EDUC N    NEED - EDUCATION NO           10-03-2023 0749
     LEX  FIRST STEP N-FIN PV N  NEED - FINANCE/POVERTY NO     10-03-2023 0749
     LEX  FIRST STEP N-FM/PAR Y  NEED - FAMILY/PARENTING YES   10-03-2023 0749
     LEX  FIRST STEP N-M HLTH N  NEED - MENTAL HEALTH NO       10-03-2023 0749
     LEX  FIRST STEP N-MEDICL Y  NEED - MEDICAL YES            10-03-2023 0749
     LEX  FIRST STEP N-RLF Y     NEED - REC/LEISURE/FITNESS YES 10-03-2023 0749
     LEX  FIRST STEP N-SUB AB Y  NEED - SUBSTANCE ABUSE YES    10-03-2023 0749
     LEX  FIRST STEP N-TRAUMA Y  NEED - TRAUMA YES             10-03-2023 0749
     LEX  FIRST STEP N-WORK Y    NEED - WORK YES               10-03-2023 0749
     LEX  FIRST STEP R-LW        LOW RISK RECIDIVISM LEVEL     10-03-2023 0749

G0017       WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0002       MORE PAGES TO FOLLOW . . .
```

```
 LEXIJ  535.03 *              INMATE PROFILE              *     12-06-2023
PAGE 002 OF 002                                                  08:32:48
              60216-509         REG
REGNO: 60216-509               FUNCTION: PRT  DOB/AGE.:              / 43
NAME.: BARNHART, LOGAN JAMES                 R/S/ETH.: W/M/O   WALSH: NO
RSP..: LEX-LEXINGTON FMC                     MILEAGE.: 314 MILES
PHONE: 859-255-6812       FAX: 859-253-8821
     FACL CATEGORY      - - - - -  CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
     LEX  LEVEL         LOW        SECURITY CLASSIFICATION LOW   05-05-2023 1458
     LEX  MED DY ST     MED HOLD   MEDICAL HOLD - DO NOT TRANSFER 06-14-2023 0823
     LEX  MED DY ST     NO PAPER   NO PAPER MEDICAL RECORD       06-06-2023 0816
     LEX  MED DY ST     REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 06-09-2023 1031
     LEX  MED DY ST     YES F/S    CLEARED FOR FOOD SERVICE      06-09-2023 1031
     LEX  PGM REVIEW    DEC        DECEMBER PROGRAM REVIEW       12-24-2023 1227
     LEX  QUARTERS      Y04-262L   HOUSE Y/RANGE 04/BED 262L     11-30-2023 1517
     LEX  RELIGION      NO PREFER  NO PREFERENCE                 06-07-2023 1134
     LEX  SENS MED      MAT DECLIN INMATE DECLINED MAT           10-18-2023 1109
     LEX  SENS MED      NOT TESTED NOT HIV TESTED                05-05-2023 1438
     LEX  STATUS        INCOMPLETE FORMS INCOMPLETE              11-30-2023 1517
     LEX  UNIT MGR      CARD YOU   J. ELLIFRITZ EXT. 5568/5612   11-30-2023 1517
     LEX  UNIT          YOU GP     YOUNITY DDRDAP/3MH/3MED/GEN P 11-30-2023 1517
     LEX  WRK DETAIL    STEAM 2    MECH SVC STEAMFITTER   (279)  11-30-2023 1517




















G0017       WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```