**Exhibit 5**

```
BOP2Y   540*23 *          SENTENCE MONITORING            *    02-05-2024
PAGE 001        *          COMPUTATION DATA              *    13:09:08
                            AS OF 02-05-2024

REGNO..: 60216-509 NAME: BARNHART, LOGAN JAMES


FBI NO...........: 582521JD5            DATE OF BIRTH:              AGE:   43
ARS1.............: LEX/A-DES
UNIT.............: YOU GP               QUARTERS.....:
DETAINERS........: NO                   NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 09-07-2025

THE INMATE IS PROJECTED FOR RELEASE: 12-24-2025 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: CR 21-35-(6)(RC)
JUDGE...........................: CONTRERAS
DATE SENTENCED/PROBATION IMPOSED: 04-13-2023
DATE COMMITTED..................: 06-06-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $100.00        $00.00           $3,688.00     $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $2,000.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   011     18:111 ASSLT/RESIST FED OFFR
OFF/CHG: 18:111(A)(1) AND (B),2 ASSAULTING, RESISTING, OR IMPEDING
         CERTAIN OFFICERS USING A DANGEROUS WEAPON AND AIDING AND
         ABETTING

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     36 MONTHS
 TERM OF SUPERVISION............:     36 MONTHS
 DATE OF OFFENSE................: 01-06-2021




G0002       MORE PAGES TO FOLLOW . . .
```

```
 BOP2Y  540*23 *              SENTENCE MONITORING              *     02-05-2024
PAGE 002 OF 002 *              COMPUTATION DATA                *      13:09:08
                              AS OF 02-05-2024

REGNO..: 60216-509 NAME: BARNHART, LOGAN JAMES


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-07-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-08-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-06-2023
TOTAL TERM IN EFFECT............:    36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    08-17-2021   08-17-2021

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 162
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 12-24-2025
ELDERLY OFFENDER TWO THIRDS DATE: 06-04-2025
EXPIRATION FULL TERM DATE.......: 06-04-2026
TIME SERVED.....................:      8 MONTHS     1 DAYS
PERCENTAGE OF FULL TERM SERVED..:  22.4
PERCENT OF STATUTORY TERM SERVED:  26.3

PROJECTED SATISFACTION DATE.....: 12-24-2025
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 06-06-23 VSD TO LEX D/LMS




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
BOP2Y   535.03 *                INMATE PROFILE                *    02-05-2024
PAGE 001                                                           13:08:16
              60216-509         REG
 REGNO: 60216-509                    FUNCTION: PRT  DOB/AGE.: ████████ / 43
 NAME..: BARNHART, LOGAN JAMES                     R/S/ETH.: W/M/O    WALSH: NO
 RSP..: LEX-LEXINGTON FMC                          MILEAGE.: 314 MILES
 PHONE: 859-255-6812          FAX: 859-253-8821
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE        FBI NO..: ████
 PROJ REL DATE..: 12-24-2025                       INS NO..:
 HOME DETN ELIG.: 09-07-2025                       SSN.....: ████
                                PSYCH: NO     DETAINER: NO        CMC..: YES
 OFFN/CHG RMKS: CR 21-35-(6) (RC); ASSAULTING, RESISTING, OR IMPEDING CERTAIN
 OFFN/CHG RMKS: OFFICERS USING A DANGEROUS WEAPON AND A&A; 36 MOS/ 36 MOS SRT
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE    TIME
    LEX  ADM-REL     A-DES     DESIGNATED, AT ASSIGNED FACIL  01-24-2024 0959
    LEX  CARE LEVEL  CARE1-MH  CARE1-MENTAL HEALTH            06-20-2023 1256
    LEX  CARE LEVEL  CARE4     MRC CARE REQUIRED              12-27-2023 0927
    LEX  COR COUNSL  CCC Y1    M. WILLIAMS EXT 5663           01-24-2024 0959
    LEX  CASE MGT    BIR CERT N BIRTH CERTIFICATE - NO        06-07-2023 1128
    LEX  CASE MGT    DRVE LIC Y DRIVERS LICENSE - YES         06-26-2023 1238
    LEX  CASE MGT    PHOTO ID N PHOTO ID - NO                 06-07-2023 1128
    LEX  CASE MGT    RPP PART   RELEASE PREP PGM PARTICIPATES 06-14-2023 1022
    LEX  CASE MGT    SSN CARD N SOCIAL SECURITY CARD - NO     06-07-2023 1128
    LEX  CASE MGT    VET P/S N  PARENT/SPOUSE VETERAN - NO    06-07-2023 1128
    LEX  CASE MGT    VETERAN N  VETERAN - NO                  06-07-2023 1128
    LEX  CASE MGT    VWP AUTO   VICTIM/WITNESS PGM AUTO UPDATE 06-16-2023 0645
    LEX  CASE MGT    V94 CVA913 V94 CURR VIOL ON/AFTER 91394  06-07-2023 1135
    LEX  CASE MGT    WA NO HIST NO WALSH ACT OFFENSE HISTORY  05-05-2023 1438
    LEX  CORR SVCS   REQD MONTR REQUIRED MONITORING           06-26-2023 1516
    LEX  CASEWORKER  CSW Y1    T. GRONINGER                   01-24-2024 0959
    LEX  CUSTODY     IN        IN CUSTODY                     05-05-2023 1438
    LEX  DRUG PGMS   DAP UNQUAL RESIDENT DRUG TRMT UNQUALIFIED 07-19-2023 1104
    LEX  DRUG PGMS   ED COMP   DRUG EDUCATION COMPLETE        11-09-2023 1146
    LEX  DESIG/SENT  DELTA     TEAM DELTA                     05-05-2023 1438
    LEX  EDUC INFO   ESL HAS   ENGLISH PROFICIENT             06-09-2023 1505
    LEX  EDUC INFO   GED HAS   COMPLETED GED OR HS DIPLOMA    06-27-2023 1559
    LEX  FIN RESP    COMPLT    FINANC RESP-COMPLETED          06-13-2023 1320
    LEX  FIRST STEP  AWARD     EBRR INCENTIVE AWARD           12-18-2023 1615
    LEX  FIRST STEP  FTC INELIG FTC-INELIGIBLE-REVIEWED       06-07-2023 1134
    LEX  FIRST STEP  N-ANGER N  NEED - ANGER/HOSTILITY NO     12-18-2023 1416
    LEX  FIRST STEP  N-ANTISO N NEED - ANTISOCIAL PEERS NO    12-18-2023 1416
    LEX  FIRST STEP  N-COGNTV N NEED - COGNITIONS NO          12-18-2023 1416
    LEX  FIRST STEP  N-DYSLEX N NEED - DYSLEXIA NO            06-23-2023 1407
    LEX  FIRST STEP  N-EDUC N   NEED - EDUCATION NO           12-18-2023 1416
    LEX  FIRST STEP  N-FIN PV N NEED - FINANCE/POVERTY NO     12-18-2023 1416
    LEX  FIRST STEP  N-FM/PAR Y NEED - FAMILY/PARENTING YES   12-18-2023 1416
    LEX  FIRST STEP  N-M HLTH N NEED - MENTAL HEALTH NO       12-18-2023 1416
    LEX  FIRST STEP  N-MEDICL Y NEED - MEDICAL YES            12-18-2023 1416
    LEX  FIRST STEP  N-RLF Y    NEED - REC/LEISURE/FITNESS YES 12-18-2023 1416
    LEX  FIRST STEP  N-SUB AB N NEED - SUBSTANCE ABUSE NO     12-18-2023 1416
    LEX  FIRST STEP  N-TRAUMA Y NEED - TRAUMA YES             12-18-2023 1416
    LEX  FIRST STEP  N-WORK Y   NEED - WORK YES               12-18-2023 1416

 G0017        WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
 G0002        MORE PAGES TO FOLLOW . . .
```

```
BOP2Y  535.03 *              INMATE PROFILE              *     02-05-2024
PAGE 002 OF 002                                                  13:08:16
              60216-509           REG
REGNO: 60216-509         FUNCTION: PRT  DOB/AGE.:  ████████  / 43
NAME.: BARNHART, LOGAN JAMES                 R/S/ETH.: W/M/O     WALSH: NO
RSP..: LEX-LEXINGTON FMC                     MILEAGE.: 314 MILES
PHONE: 859-255-6812       FAX: 859-253-8821
     FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
     LEX  FIRST STEP  R-LW      LOW RISK RECIDIVISM LEVEL     12-18-2023 1417
     LEX  LEVEL       LOW       SECURITY CLASSIFICATION LOW   05-05-2023 1458
     LEX  MED DY ST   MED HOLD  MEDICAL HOLD - DO NOT TRANSFER 06-14-2023 0823
     LEX  MED DY ST   NO PAPER  NO PAPER MEDICAL RECORD       06-06-2023 0816
     LEX  MED DY ST   REG DUTY  NO MEDICAL RESTR--REGULAR DUTY 06-09-2023 1031
     LEX  MED DY ST   YES F/S   CLEARED FOR FOOD SERVICE      06-09-2023 1031
     LEX  PGM REVIEW  JUN       JUNE PROGRAM REVIEW           06-16-2024 0933
     LEX  QUARTERS    F03-312L  HOUSE F/RANGE 03/BED 312L     01-24-2024 0959
     LEX  RELIGION    NO PREFER NO PREFERENCE                 06-07-2023 1134
     LEX  STATUS      INCOMPLETE FORMS INCOMPLETE             01-24-2024 0959
     LEX  UNIT MGR    CARD YOU  J. ELLIFRITZ EXT. 5568/5612   01-24-2024 0959
     LEX  UNIT        YOU GP    YOUNITY DDRDAP/3MH/3MED/GEN P 01-24-2024 0959
     LEX  WRK DETAIL  STEAM 2   MECH SVC STEAMFITTER  (279)   01-24-2024 0959




G0017        WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BOP2Y            *           INMATE EDUCATION DATA       *      02-05-2024
PAGE 001 OF 001 *                  TRANSCRIPT             *      13:09:38

REGISTER NO: 60216-509     NAME..: BARNHART                     FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: LEX-LEXINGTON FMC

---------------------------  EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
LEX  ESL HAS    ENGLISH PROFICIENT            06-09-2023 1505 CURRENT
LEX  GED HAS    COMPLETED GED OR HS DIPLOMA   06-27-2023 1559 CURRENT

----------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
LEX M      HEALTH CORE TOPIC RPP1       06-14-2023 06-14-2023    P  C  P    1




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 USAC3  531.01 *            INMATE HISTORY            *     02-05-2024
PAGE 001 OF 001 *             WRK DETAIL              *     13:36:06

 REG NO..: 60216-509 NAME....: BARNHART, LOGAN JAMES
 CATEGORY: WRK        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  01-24-2024 0959 CURRENT
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  01-05-2024 1501 01-24-2024 0712
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  12-22-2023 1406 01-05-2024 1336
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  11-30-2023 1517 12-13-2023 1051
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  11-01-2023 1353 11-30-2023 1325
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  10-26-2023 1039 11-01-2023 1153
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  09-12-2023 1033 10-26-2023 0646
LEX    STEAM 2     MECH SVC STEAMFITTER   (279)  06-20-2023 0001 09-12-2023 0856
LEX    UNASSG      UNASSIGNED                    06-14-2023 1022 06-20-2023 0001
LEX    A/O         ADMISS & ORIENTATION PGM #5514 06-06-2023 1310 06-14-2023 1022




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
 BOP2Y          *         INMATE DISCIPLINE DATA          *      02-05-2024
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD   *       13:10:00

REGISTER NO: 60216-509 NAME..: BARNHART, LOGAN JAMES
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-05-2024




















G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```