# Exhibit 6

# Joanna Munson Perales

| | |
|---|---|
| **From:** | BARNHART LOGAN JAMES (60216509) |
| **Sent Date:** | Thursday, March 21, 2024 9:20 PM |
| **To:** | joanna_perales@fd.org |
| **Subject:** | Response |

I, Logan Barnhart, Declare under penalty of perjury pursuant to 28 U.S.C 1746 that the following is true and correct:

   I self surrendered to FMC Lexington on June 6 2023 at 2pm eastern time. On June 9th I saw Dr. Thompson and Nurse Stone for the first time regarding my medical Issues. I Informed Them Both that I was on Coumadin and Plavix for the previous 18 months and had taken my last dose the day I surrendered. (I had brought the medications with me but was told by the guard who greeted me that I could not bring them in with me.)
   At the appointment, Dr. Thompson prescribed me Apixaban. I informed him that I was not supposed to take Apixaban because it had already failed me once prior. I described to them both in detail about how the ankle monitor had caused a blood clot in my leg and after it was cleared I was put on Apixaban and sent home. About 5 days later I returned to the hospital in Lansing, MI with pain in my foot which turned out to be another clot in the same artery. After a second surgery the clot was cleared and I was told I would now have to take Coumadin because the Apixaban had failed me. My surgeon at the time made it very clear to me I could no longer take Apixaban because for a small percentage of people, Apixaban was ineffective and I was one of those people. So for the next 18 months I had followed his orders and taken Coumadin and Plavix and had no issues at all. I explained all of this to Dr. Thompson at length but despite this he ordered me back on Apixaban anyway. He told me that if he had to, he would "ween me back onto Coumadin". He then had me visit the medical records department where I signed a form for them to receive my medical records which included my medications I was currently taking and the fact that I was taken off Apixaban because of its failure.
   In Dr. Randolph's declaration (#6) it says I stated that I was told I no longer needed to be on an anti-coagulants but still took them as a precaution. This is not true. I said I was told I would eventually be able to stop taking them and that I wouldn't have to take them for the rest of my life. I was well aware that I was told I would have to take them for at least 2 years before I would be re-evaluated.
   On November 1st, when I was finally able to see a vascular surgeon in person, I saw Dr. Lee at the University of Kentucky Hospital. He informed me that I did indeed have a clot in my femoral artery behind my knee. He told me it may already be too late for surgery to be successful. He said that these clots have to be removed within 2-3 weeks or the chance of success drops dramatically along with the chance of serious side effects going up significantly. We discussed, for a while, the pros and cons of going through with the surgery. He told me about the chance of death and loss of limb. He even told me of someone recently who had died during the surgery but that he was an older man in his 70's. I told him I wanted to discuss it with my family before I mad a decision. He understood but advised me that I might want to just schedule the surgery anyway because it would take the BOP a while to approve the procedure and in that time if I decided not to go through with it I could just decline the surgery when the day came. He told me, if he could, he would get me in that same day but unfortunately it would have to go through the BOP approval first. He turned out to be correct. It took another 6 weeks before I went in for surgery. A full 4 months after I first reported the clot.
   I would like to take the time to respond to Dr. Randolph's Declaration, section by section.

(#7) I absolutely would have listed my medications if given a chance. I took my last dose of Coumadin and Plavix right before I left the hotel to turn myself in. I knew it might be a day or 2 before I got my medications and didn't want to go long without them. I was asked questions about my past drug use and was asked about tattoos. I do not remember being asked about my current prescriptions but if I had I would have most certainly listed them. I was glad to be at a medical facility and was worried about my leg so I would have no reason to not report my medications.

(#9) This was before my clot and I had no Idea I was on only half the recommended minimum dose of Apixaban otherwise I would have expressed concern.

(#11) The fact blood flow wasn't completely blocked was even more reason to act quickly! Before it got worse and did become completely blocked which is exactly what happened to me, the very first time, before incarceration.
   I made it clear I knew it wasn't from the statin because it was the exact same symptoms I had experienced in

# Joanna Munson Perales

the past. I also requested to both Nurse Sizemore and Nurse Stone to give me an ultrasound because I was confident they would find a clot. Despite this I followed my doctors orders and stopped taking the statin.
   When I said "here and there" I meant rarely. I think anyone can relate to missing a dose of medication once in a while.

(#13) I never took the 10mg or the 5mg for at least 3 months because I was on Coumadin for 18 months before arriving at FMC Lexington. I was informed that Apixaban and Coumadin work in significantly different ways. So If i was going to change medications it stands to reason that I should have started off with 10mg and done everything correctly.
   My original surgeon retired before my 2 years on anti-coagulants was over but he always told me I would be re-evaluated at 2 years to see if I would have to continue taking them. He made it clear to me that there was a chance I would have to be on anti-coagulants the rest of my life.

(#14) I wasn't given the increased dose of Apixaban until the day after I saw the woman on tele-med. It may have been ordered before that but I didn't get a pharmacy call out until the day after I saw her. So that would be the 26th of September.

(#15.) I should have been given Clopidogrel (Plavix) as soon as I got here because I was taking it for 18 months prior to coming here.

(#17) This is speculation! If I had been given the correct medication (Coumadin) and the Plavix (Clopidigrel) for the full 2 years this might not have happened. My original surgeon said I would be re-evaluated after 2 years before being taken off my medication. He may have extended it for all any of us know. What I do know is that I had already re-clotted taking Apixaban once. I went 18 months on Coumadin with no issues. I get here and despite voicing my concern I get put back on Apixaban only to re-clot roughly 2 months later!

(#21) Dr Randolph himself said, when I finally saw him on Tuesday the 26th of December, that because the hospital sent me back on a Friday, of a holiday weekend, after the staff had left, caused me to have to wait until he got back to see if my pain management was adequate. When I was at the hospital, the day before I was sent back, I was on 10mg oxy every 4 hours and Dilaudid intravenously every 2 hours. So, my first day back I wasn't in too much pain because I still had all the pain medications from when I was in the hospital still in my system. Everyday got worse and worse. I requested more pain medicine on multiple occasions and rite before I requested to have the wound vac removed, because of the pain, I was told by one of the nurses to "toughen up buttercup". I didn't find this very amusing because at this point I was in excruciating pain.

(#22) I was told by the UK staff that my wound vac had to be changed every other day to prevent infection. The UK team changed it Thursday the 21st of December and told me that the prison staff would change it Saturday the 23rd, Monday the 25th and so on. FMC skipped changing it on the 23rd despite me voicing my concern. They said it was because they didn't have the staff or the correct parts to do the change. They say I was "closely monitored" in (#21) but if that was the case why didn't they have the staff or the correct parts to do my wound vac change. Also, Dr. Randolph says the early wound vac removal didn't cause any long term problems or complications but as we speak that wound is still weeping and requires bandages while the other side has been closed completely for at least 3 weeks.

Executed on March 19th 2024

Respectfully,
Logan Barnhart